UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ARTHUR K. MCGEE and
RHONDA R. MCGEE                                                                                          PLAINTIFFS

VS.                                                                CIVIL ACTION NO. 3:14cv523-DPJ-FKB

JPMORGAN CHASE BANK, N.A.; FEDERAL
NATIONAL MORTGAGE ASSOCIATION; JOHNSON
FREEDMAN, LLC; CHRISTOPHER A. COLLINS, ESQ.;
and JOHN/JANE DOES 1–5                                                                               DEFENDANTS

ORDER

This mortgage-loan dispute is before the Court on Defendant JPMorgan Chase Bank, N.A.'s ("Chase") Motion for Final Judgment with Prejudice [47]. On December 3, 2014, the Court entered an Order dismissing Plaintiffs' claims against Chase without prejudice but gave them an opportunity to move for leave to amend within 14 days of the Order. Plaintiffs did not do so, and on December 22, 2014, Chase filed the instant motion. Plaintiffs filed no response, and their time is now expired. In accordance with its previous Order, the Court grants Chase's Motion, and Plaintiffs' claims against Chase are dismissed with prejudice.

A separate final judgment will be entered in this action in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 12th day of January, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE